IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| TERRANCE F. WADDELL, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| vs. | ) Case No. CV 1:19-086 |
| | ) |
| STAN SHEPHARD, Former Warden | ) |
| Augusta State Medical Prison; | ) |
| COLLIER, Former Captain Augusta | ) |
| State Medical Prison; and P.A. | ) |
| REAVES, Physicians Assistant at | ) |
| Augusta State Medical Prison, | ) |
| | ) |
| Defendants-Appellees. | ) |

## O R D E R

The appellant's motion for leave to proceed having been DENIED and the appeal DISMISSED in the above-styled action by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this of this Court.

**SO ORDERED**, this ___/3ͬ__ day of March, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA